IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| *In re:* | * | CASE NO.: 08-20717 |
| Sogda, LLC<br>Debtor. | * | CHAPTER 11 |
| *  *  *  *  *  * | * | *  *  *  *  *  * |
| Sogda, LLC | * | |
| Plaintiff/Trustee, | * | |
| Vs. | * | ADVERSARY CASE NO.: 09-00577 |
| Belverdere Condominium Council of<br>Unit Owners<br>c/o John M. Oliveri, Esquire<br>700 Melvin Avenue, Ste 8<br>Annapolis, MD 21401<br>    Defendants. | *<br><br>*<br><br>*<br><br>* | |
| Defendants. | | |
| *  *  *  *  *  * | * | *  *  *  *  * |

**AMENDED APPLICATION FOR EMPLOYMENT OF COUNSEL**

COMES NOW, Sodga, LLC, Debtor-in-Possession (the "DIP"), and respectfully requests this Court for permission to employ attorneys pursuant to 11 U.S.C. §327 and in support thereof states:

1. This case was commenced by the filing of an involuntary petition under Chapter 11 of Title 11 of the United States Code on August 22, 2008. Debtor-in-possession desire to employ the law firm of Jay B. Shuster as its attorney in this adversary case.

2. The members of the Law Firm is admitted to practice in this Court, have knowledge and experience in bankruptcy law practice, and are well qualified to represent the DIP in this case.

3. In the DIP's business and the pending Chapter 11 case, it is necessary to retain attorneys to perform legal services, including:

   A. Preparing pleadings and applications and conducting examinations incidental to any related proceedings in this adversary case against Belvedere Condominium Council of Unit Owners (hereinafter "the Defendants);

   B. Taking any and all other necessary action incident to the proper preservation and administration of this Chapter 11 case; and

  4. The DIP desires to retain the Law Firm and its staff, who are competent and experienced in such matters and familiar with the affairs of the DIP, and requests that he be authorized to employ said attorneys in this adversary proceeding.

  5. The DIP avers, that to the best of his knowledge, no employee or agent of Jay Shuster, Esquire represents any interest adverse to the DIP and its estate in matters upon which they will be engaged. DIP further avers that the employment of the Jay Schuster, Esquire will be in the best interest of the bankruptcy estate.

  6. The DIP desires to employ attorney Jay Shuster and his staff under a general retainer because he anticipates extensive legal services to be required.

  7. The DIP has paid a no retainer to the Law Firm at this time. Counsel shall submit periodic fee applications pursuant to 11 U.S.C. §§ 330 and 331 for all services rendered/provided in connection with this Chapter 11 Bankruptcy Case, when a retainer is paid.

  **WHEREFORE**, Sogda, LLC, Debtor-in-Possession, respectfully requests that this honorable court:

  A. Enter an Order authorizing the employment of Jay B Shuster and the employment of his staff for the purposes described in this application, and

  B. Award to the Debtor-in-Possession such other and further relief as is just and proper.

Date: October 20, 2009         /s/ Leon Shvartsburg
                Leon Shvartsburg
                Managing Member
                SODGA, LLC
                Debtor-in-Possession

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| *In re:* | * | CASE NO.: 08-20717 |
| Sogda, LLC<br>Debtor. | * | CHAPTER 11 |
| * * * * * * | * * * * * * * | |
| Sogda, LLC | * | |
| Plaintiff/Trustee, | * | |
| Vs. | * | ADVERSARY CASE NO.: 09-00577 |
| Belverdere Condominium Council of Unit Owners | *<br>* | |
| Defendants. | | |
| * * * * * * | * * * * * * | |

**AMENDED AFFIDAVIT OF PROPOSED ATTORNEY(S)**

STATE OF MARYLAND    }
COUNTY OF BALTIMORE }

Jay B. Shuster, Esquire hereby each makes solemn oath and states:

1. I am an attorney at law, duly admitted to practice in the State of Maryland and in this Court and maintain an office for the practice of law at 10 Church Street, Baltimore, MD 21208.

2. I have previously represented the debtor in Circuit Court for Baltimore City. I have not represented any creditors of the debtor within the past year nor do I have any connection with any party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee. I hold no interest adverse to any of the foregoing persons.

**OATH**

I HEREBY CERTIFY under penalty of perjury that all of the foregoing statements are true and correct on this 20th day of October, 2009.

/s/   Jay B Shuster
Jay B. Shuster Bar #04185